**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION**

**CASE NO.: 1:24-cv-20172-DPG**

J&N RECORDS LLC, J&N PUBLISHING LLC, 829MUSIC MUNDIAL LLC, and MAYIMBA MUSIC, INC.,

Plaintiffs,

v.

WARNER MUSIC LATINA INC., WARNER MUSIC GROUP CORP. d/b/a ADA LATIN, HARLEY BOYS ENTERTAINMENT, LLC d/b/a ROAD RUNNER ENTERTAINMENT INC, and LUIS ALFREDO SILVERIO a/k/a LUIGIU BLEAND,

Defendants.

_______________________________________/

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiffs, J&N Records LLC, J&N Publishing, 829Music Mundial LLC and Mayimba Music, Inc. (collectively, "Plaintiffs"), together with defendants, Warner Music Latina Inc. and Warner Music Group Corp. *d/b/a* ADA Latin (collectively, "Warner") hereby respectfully submit this Notice of Settlement in Principle ("Notice").

Plaintiffs and Warner have resolved their differences and are presently negotiating a confidential settlement agreement, which will resolve Plaintiffs' claims against Warner – but not co-defendants Harley Boys Entertainment, LLC *d/b/a* Road Runner Entertainment, Inc. ("Harley Boys") or Luis Alfredo Silverio[1] – ***in their entirety***. In light of the parties' agreement, they

[1] During the course of negotiating the settlement, an unforeseen conflict of interest between Warner and Harley Boys Entertainment emerged, spurring Pryor Cashman to file an *Unopposed* Motion to Withdraw as Counsel for Harley Boys (D.E. 17). The Motion to Withdraw respectfully requests that the Court grant Harley Boys a thirty-one (31) day period to retain new counsel and respond to Plaintiffs' pending complaint.

respectfully request that the Court grant them thirty (30) days to both finalize their confidential agreement, and for Plaintiffs to file a Stipulation for Dismissal with Prejudice as to Warner.

In the unlikely event that Plaintiff and Warner are unable to fully resolve this matter within the next thirty (30) days, Warner, in an abundance of caution, seeks ten (10) days from the parties' declaration of an impasse to respond to Plaintiffs' pending complaint.

This request is made in good faith, not for the purpose of delay, and seeks to promote judicial economy.

Dated: April 10, 2024

Respectfully submitted,

**SMITH, GAMBRELL & RUSSELL, LLP**
*Attorneys for Plaintiffs*
1301 Avenue of the Americas
21st Floor | New York, NY 10019
Telephone: (813) 488-29295
Facsimile: (813) 488-2960

By: /s/ *Roger Maldonado* ___________
Email: rmaldonado@sgrlaw.com
(Admitted *Pro Hac Vice*)
Sarah Gottlieb
Florida Bar. No. 125232
Email: sgottlieb@sgrlaw.com

**PRYOR CASHMAN LLP**
*Attorneys for Warner*
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (786) 582-3010
Facsimile: (786) 582-3004

By: /s/ *James G. Sammataro* ________
Email: jsammataro@pryorcashman.com
Florida Bar. No. 520292
Christine M. Dimitriou
Florida Bar. No. 99981
Email: cdimitriou@pryorcashman.com
Email: ksuarez@pryorcashman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Settlement in Principle to be electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF electronic filing system. Further, a true and correct copy of the foregoing document was served on the Defendant Harley Boys, LLC *d/b/a* Road Runner Entertainment Inc., via email (ceo@harleyboysent.com) and by placing said copy in the United States Mail, first class postage prepaid, addressed to: Harley Boys Entertainment, LLC, c/o Luis Alfredo Silverio, 20200 West Dixie Highway, Suite 902, Aventura, Florida 33180.