# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| J&N RECORDS LLC, J&N PUBLISHING LLC, 829MUSIC MUNDIAL LLC, and MAYIMBA MUSIC, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEY BOYS ENTERTAINMENT, LLC d/b/a ROAD RUNNER ENTERTAINMENT INC., HBE MEDIA HOLDINGS, INC., and LUIS ALFREDO SILVERIO a/k/a LUIGUI BLEAND,<br><br>Defendants. | Case No.: 1:24-cv-20172 |

**DECLARATION OF ROGER J. MALDONADO**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Roger J. Maldonado, under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice in New York and authorized to practice before this Court in this case pursuant to the Court's approval of my application for *pro hac vice* admission.

2. I am counsel for Plaintiffs, J&N Records LLC, J&N Publishing LLC, 829Music Mundial, LLC, and Mayimba Music, Inc. ("Plaintiffs"), in this matter and I am submitting this declaration in support of Plaintiffs' Motion for Summary Judgment.

3. This declaration is based upon my personal knowledge of the facts and circumstances described herein or is based upon information and belief based upon my knowledge due to conversations with my clients and my involvement in this case and review of relevant documents.

4. Attached hereto as Exhibits 1 through 4 are listings of the works Defendant Luis Alfredo Silverio a/k/a Luigui Bleand and his entities, Harley Boys Entertainment d/b/a Road Runner

Entertainment Inc. and HBE Media Holdings, Inc. infringed and for which Plaintiffs seek statutory damages.

5. Exhibits 1 through 4 hereto were prepared by my law firm's staff, under my supervision, and accurately summarize the works (including the tracks comprising each work) for which Plaintiffs seek statutory damages.

6. In total, Exhibits 1 through 4 list 40 separate works, or 40 separate copyright registrations.

7. Plaintiffs seek statutory damages of $30,000 per work for a total of $1,200,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025

/s/ *Roger J. Maldonado*
Roger J. Maldonado

# EXHIBIT 1

**MAYIMBA MUSIC/829MUSIC MUNDIAL MUSICAL COMPOSITIONS**

| | Composer | Artist | Song title | Date of PA | PA No. |
|---|---|---|---|---|---|
| **GROUP I.** | Francisco Pache Torres | Ramon Torres | Amor Liberal | 11/2/1995 | PA0000768590 |
| | Francisco Pache Torres | Ramon Torres | Corre Caminos | 11/2/1995 | PA0000768590 |
| | Francisco Pache Torres | Ramon Torres | El Truquito | 11/2/1995 | PA0000768590 |
| | | | | | |
| **GROUP II.** | Francisco Pache Torres | Ramon Torres | Amor Sincero | 11/2/1995 | PA0000768591 |
| | Francisco Pache Torres | Ramon Torres | Quiero Saber Que Es El Amor | 11/2/1995 | PA0000768591 |
| | Francisco Pache Torres | Ramon Torres | Tus Cartas Llegan | 11/2/1995 | PA0000768591 |
| | | | | | |
| **GROUP III.** | Francisco Pache Torres | Ramon Torres | Lo Que Paso Paso | 11/2/1995 | PA0000768593 |
| | Francisco Pache Torres | Ramon Torres | Maldito Orgullo | 11/2/1995 | PA0000768593 |
| | Francisco Pache Torres | Ramon Torres | Siempre Las Recuerdo A Todas | 11/2/1995 | PA0000768593 |
| | | | | | |
| **GROUP IV.** | Gerpis Correa, Aneudy Rosado | Aguakate | Caramelo | 11/15/2006 | PA0001370508 |
| | Gerpis Correa, Aneudy Rosado | Aguakate | El Divorcio | 11/15/2006 | PA0001370508 |
| | Gerpis Correa, Aneudy Rosado | Aguakate | Novela Musical | 11/15/2006 | PA0001370508 |
| | Gerpis Correa, Aneudy Rosado | Aguakate | Todo El Mundo Mea | 11/15/2006 | PA0001370508 |
| | Gerpis Correa, Aneudy Rosado | Aguakate | Novela Musical | 11/15/2006 | PA0001370508 |

**MAYIMBA MUSIC/829MUSIC MUNDIAL MUSICAL COMPOSITIONS**

| | | | | | |
|---|---|---|---|---|---|
| | Gerpis Correa, Aneudy Rosado | Aguakate | Gallinito | 11/15/2006 | PA0001370508 |
| | Gerpis Correa, Aneudy Rosado | Aguakate | Mueve Esa Vaina | 11/15/2006 | PA0001370508 |
| | | | | | |
| **GROUP V.** | Gerpis Correa, Aneudy Rosado | Aguakate | La Batata Ta (Nueva) | 9/24/2007 | PA0001594739 |
| | Gerpis Correa, Aneudy Rosado | Aguakate | Por Un Maldito Enano | 9/24/2007 | PA0001594739 |
| | Gerpis Correa, Aneudy Rosado | Aguakate | Ta Jodio (Remix) | 9/24/2007 | PA0001594739 |
| | Gerpis Correa, Aneudy Rosado | Aguakate | Te Gusta Eh | 9/24/2007 | PA0001594739 |
| | | | | | |
| **GROUP VI.** | Linar De Jesus Espinal Nunez | Bachata Clasicas | Solo Sin Ella | 6/26/2021 | [PA0002304544] |
| | | | | | |
| **GROUP VII.** | Linar De Jesus Espinal Nunez | Bachata Clasicas | Sufriendo Una Pena | 4/26/2021 | PA0002300773 |
| | | | | | |
| **GROUP VIII.** | Linar De Jesus Espinal Nunez | El Chaval De La Bachata | Amor Prohibido | 6/26/2021 | PA0002304564 |
| | | | | | |
| **GROUP IX.** | Linar De Jesus Espinal Nunez | El Chaval De La Bachata | Linda Mujer | 6/26/2001 | PA0002304549 |
| | | | | | |
| **GROUP X.** | Linar De Jesus Espinal Nunez | El Chaval De La Bachata | No Puedo Olvidarla | 6/26/2021 | PA0002304568 |
| | | | | | |

**MAYIMBA MUSIC/829MUSIC MUNDIAL MUSICAL COMPOSITIONS**

| | | | | | |
|---|---|---|---|---|---|
| **GROUP XI.** | Linar De Jesus Espinal Nunez | El Chaval De La Bachata | Pensando en Ti | 6/26/2021 | PA0002304541 |
| | | | | | |
| **GROUP XII.** | Linar De Jesus Espinal Nunez | El Chaval De La Bachata | Sufriendo Por Ella | 4/26/2021 | PA0002297101 |
| | | | | | |
| **GROUP XIII.** | Linar De Jesus Espinal Nunez | El Chaval De La Bachata | Te Creiste una Reina | 6/26/2021 | PA0002304559 |
| | | | | | |
| **GROUP XIV.** | Cesar David Castro | El Chaval De La Bachata | Te Puedes Quedar | 1/22/2021 | PAU004068428 |
| | | | | | |
| **GROUP XV.** | Linar De Jesus Espinal Nunez | El Chaval De La Bachata | Vuelve | 6/26/2021 | PA0002304543 |
| | | | | | |
| **GROUP XVI.** | Linar De Jesus Espinal Nunez | El Chaval De La Bachata | Estoy Perdido | 8/18/2023 | PA0002429193 |

# EXHIBIT 2

## MAYIMBA MUSIC/829 MUSIC MUNDIAL SOUND RECORDING

| Album | Track Name | Artist | Master Owner | Date of SR | SR No. |
|---|---|---|---|---|---|
| I. MIL HISTORIAS | Dile a El | El Chaval De La Bachata | 829Music Mundial | 1/13/2021 | SR0000892092 |
| | Me SacasteDel Llavero | El Chaval De La Bachata | 892Music Mundial | 1/13/2021 | SR0000892092 |
| | Te Puedes Quedar | El Chaval De La Bachata | 829Music Mundial | 1/13/2021 | SR0000892092 |
| | | | | | |
| II. OUT OF CONTROL | Te Gusta Eh | Aguakate | Mayimba Music OBO Mas Musica | 7/24/2007 | SR0000611348 |
| | Te Gusta He | El Shino | Mayimba Music OBO Mas Musica | 7/24/2007 | SR0000611348 |
| | Desahogo | El Shino | Mayimba Music OBO Mas Musica | 7/27/2007 | SR0000611348 |
| | Sale El Sol | El Shino | Mayimba Music OBO Mas Musica | 7/24/2007 | SR0000611348 |
| | Ta Jodio | Aguakate | Mayimba Music OBO Mas Musica | 7/24/2007 | SR0000611348 |
| | Por Un Maldito Enano | Aguakate | Mayimba Music OBO Mas Musica | 7/24/2007 | SR0000611348 |

# EXHIBIT 3

## J&N PUBLISHING/JOSE LUIS PUBLISHING MUSICAL COMPOSITIONS

| | Composer | Artist | Song title | Date of PA | PA No. |
|---|---|---|---|---|---|
| GROUP I. | Agapito Pascual | Agapito Pascual | El Enganchao | 11/4/2003 | PA0001199897 |
| | Agapito Pascual | Agapito Pascual | Me Esta Enganando | 11/14/20003 | PA0001199897 |
| | Agapito Pascual | Agapito Pascual | Por Ser Egoista | 8/1/2003 | PA0001199897 |
| | | | | | |
| GROUP II. | Daniel De Jesus Moncion Pichardo | Bachatas Clasicas | Que Vuelva | 4/24/2006 | PA0001323305 |
| | Felix Mirabal | Raulin Rodriguez | La Ultima Carta | 4/24/2006 | PA0001323305 |
| | | | | | |
| GROUP III. | Fraulin Antonio Rodriguez | Raulin Rodriguez | Si Yo Pudiera | 5/15/2002 | PA0001699807 |
| | | | | | |
| GROUP IV. | Jaime Chanlatte | Tipicos Clasicos & Ma | Vamo Hablar Ingles | 6/29/2006 | PA0001310677 |
| | Juanito Perez | Narciso Francisco | El Pajaro Pelu | 6/30/2005 | PA0001310677 |
| | | | | | |
| GROUP V. | Tomas Santana De La Cruz | El General Larguito | Navidad Sin Mi Madre | 6/29/2006 | PA0001310697 |
| | | | | | |
| GROUP VI. | Jose Carrasco, Santiago Delgado Veloz, Crescencio Garcia Mata | Kerubanda | Baila Mujer | 7/25/2002 | PA0001194163 |

**J&N PUBLISHING/JOSE LUIS PUBLISHING MUSICAL COMPOSITIONS**

| | | | | | |
|---|---|---|---|---|---|
| **GROUP VII.** | Juan Bautista | Bachatas Clasicas | Asesina | 10/3/1994 | PA0000731257 |
| | | | | | |
| **GROUP VIII** | Juan Melo Balbuena | Kerubanda | El Refran (Me Quedo el refran) | 10/31/1994 | PA0000739884 |
| | | | | | |
| **GROUP IX.** | Julian Gilberto Sarante | Julian Oro Duro | Mambo Duro | 6/5/2000 | PAU002496436 |
| | Julian Gilberto Sarante | Julian Oro Duro | Paga, Paga | 6/5/2000 | PAU002496436 |
| | Julian Gilberto Sarante | Julian Oro Duro | Se Le Fue el Brillo | 6/5/2000 | PAU002496436 |
| | Julian Gilberto Sarante | Julian Oro Duro | Vaniadad | 6/5/2000 | PAU002496436 |
| | | | | | |
| **GROUP X.** | Julian Olea Guerrero | Aguakate | Intentalo Tu | 5/30/2003 | PA0001193348 |
| | | | | | |
| **GROUP XI.** | Luis Segura | Benny Sadel | Carinito de Mi Vida | 5/8/1998 | PA0000896354 |
| | | | | | |
| **GROUP XII.** | Miguel De La Cruz Ortiz | Merengues Clasicos | Pobre Diablo | 1/5/2009 | PA0001696307 |
| | | | | | |
| **GROUP XIII.** | Ranfis Torres | Kerubanda | Mas Maiz (Mama Ahi Mama) | 2/23/2000 | PA0000966156 |
| | | | | | |

**J&N PUBLISHING/JOSE LUIS PUBLISHING MUSICAL COMPOSITIONS**

| | | | | | |
|---|---|---|---|---|---|
| **GROUP XIV.** | Ranfis Torres | Rafelito Roman | El Tiro de Balilo | 11/14/2002 | PA0001108269 |
| | Tomas De La Rosa | King De La Rosa | La Rubia y Yo | 11/14/2002 | PA0001108269 |
| | | | | | |
| **GROUP XV.** | Wilfran Castillo Utria | Kerubanda | El Invierno Pasada | 5/14/2004 | PAU002882247 |

# EXHIBIT 4

## J&N RECORDS - JOSE LUIS RECORDS SOUND RECORDINGS

| Album | Track Name | Artist | Master Owner | Date of SR | SR No. |
|---|---|---|---|---|---|
| I. LA HIJA DE LA VECINA | Amor Imposible | Agapito Pascual | J&N Records | 11/8/2001 | SR0000303897 |
| | El Mambo Grenu | Agapito Pascual | J&N Records | 11/8/2001 | SR0000303897 |
| | Fabio el Buchu | Agapito Pascual | J&N Records | 11/8/2001 | SR0000303897 |
| | La Gasolina (En Vivo) | Agapito Pascual | J&N Records | 11/8/2001 | SR0000303897 |
| | Le Cantaron Bingo | Agapito Pascual | J&N Records | 11/8/2001 | SR0000303897 |
| | Que Buena | Agapito Pascual | J&N Records | 11/8/2001 | SR0000303897 |
| | Sobame | Agapito Pascual | J&N Records | 11/8/2001 | SR0000303897 |
| | Tu Tienes que Pagar | Agapito Pascual | J&N Records | 11/8/2001 | SR0000303897 |
| | | | | | |
| II. EL PAQUETAZO DE MUJERES | El Enganchao | Agapito Pascual | J&N Records | 8/1/2003 | SR0000344898 |
| | Me Estas Enganando | Agapito Pascual | J&N Records | 8/1/2003 | SR0000344898 |
| | Por Ser Egoista | Agapito Pascual | J&N Records | 8/1/2003 | SR0000344898 |
| | | | | | |
| III. NAVIDAD BACHATERA | Navidad Sin Mi Madre | El General Larguito | J&N Records | 12/10/1988 | SR0000181141 |
| | | | | | |
| IV. TODOS LOS HOMBRES SON BUENOS | Vamos a Hablar Ingles | Fefita La Grande | Jose Luis Records | 3/25/2021 | SR0000897971 |
| | | | | | |
| V. A DONDE IRE SIN TI | Flor Palida (En Vivo) | Raulin Rodriguez | JVN Music | 12/29/2006 | PA0001351333 |
| | Que Vuelva | Raulin Rodriguez | JVN Music | 12/29/2006 | PA0001351333 |
| | | | | | |

**J&N RECORDS - JOSE LUIS RECORDS SOUND RECORDINGS**

| | | | | | |
|---|---|---|---|---|---|
| **VI. LA BATALLA DEL TIPICO VOL. 3** | Dile Que Vuelva | Yovanny Polanco | J&N Records | 10/6/2003 | SR0000340871 |
| | | | | | |
| **VII. LA BATALLA DEL TIPICO VOL. 3** | Hasta Donde Le Dicen Cirilo | Yovanny Polanco | J&N Records | 6/25/2003 | SR0000348005 |