**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

J&N RECORDS LLC, J&N PUBLISHING LLC, 829MUSIC MUNDIAL LLC, and MAYIMBA MUSIC, INC.,;

CASE NO.: 1:24-cv-20172 DPG

*Plaintiffs,*

v.

HARLEY BOYS ENTERTAINMENT, LLC d/b/a ROAD RUNNER ENTERTAINMENT INC, HBE MEDIA HOLDINGS INC, and LUIS ALFREDO SILVERIO a/k/a LUIGUI BLEAND;

*Defendants.*

_______________________________________/

**BARAKAT + BOSSA PLLC'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Barakat + Bossa PLLC, Angelique Gulla, Esq., and Giacomo Bossa, Esq., (collectively, the "Firm"), pursuant to Local Rule 7.1, and 11.1(d)(3), and Florida Rule of Professional Conduct 4-1.16(b), moves for leave to withdraw as counsel for Defendants, Harley Boys Entertainment LLC d/b/a Road Runner Entertainment Inc., HBE Media Holdings, Inc ("HBE") and Luis Alfredo Silverio a/k/a Luigui Bleand (collectively, "Defendants"), and in support states:

1. The Firm hereby seeks leave of this Court to withdraw as counsel for the Defendants.

2. Irreconcilable differences have arisen between the Defendants and the firm that cannot be resolved and make further representation difficult, if not impossible.

3. Defendants have been given reasonable warning that that the Firm will be withdrawing as Counsel.

4. The withdrawal of the Firm should not prejudice the Defendants or any other party to this litigation.

5. In the interim, all pleadings shall be sent to Defendants via mail and email at their last known addresses:

**Name:** Harley Boys Entertainment, LLC
**Address:** 20200 West Dixie Highway, Suite 902, Aventura, Fl 33180
**Phone:** (305) 901-1704
**Email:** ceo@harleyboysent.com

**Name:** Luis Alfredo Silverio a/k/a Luigui Bleand
**Phone:** (305) 901-1704
**Email:** luigui@bleandstyle.com

**Name:** HBE Media Holdings, Inc
**Address:** 20200 West Dixie Highway, Suite 902, Aventura, Fl 33180
**Phone:** (305) 901-1704
**Email:** luigui@bleandstyle.com

6. As required by Local Rule 7.1(a)(2), a proposed order is attached.

**WHEREFORE**, Barakat + Bossa PLLC, Angelique Gulla, Esq., and Giacomo Bossa, Esq. respectfully request that this Honorable Court grant Barakat + Bossa, PLLC's Motion to Withdraw as Counsel for Defendants, Harley Boys Entertainment LLC d/b/a Road Runner Entertainment Inc., HBE Media Holdings, Inc and Luis Alfredo Silverio a/k/a Luigui Bleand, and providing Defendants thirty (30) days to obtain new counsel and staying this litigation during this time period, and providing such other relief as this Court deems just and proper.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel hereby certifies that on September 9, 2025, counsel for Defendants conferred with counsel for Plaintiffs regarding the relief sought in this Motion. Plaintiffs' counsel does not object to the relief requested herein.

*[THIS SPACE IS INTENTIONALLY LEFT BLANK]*

Respectfully submitted,

**BARAKAT + BOSSA, PLLC**
*Attorney for Defendants*
201 Alhambra Circle., Suite 1060
Coral Gables, FL 33134
Telephone: (305) 444-3114
Facsimile: (305) 444-3115

By: */s/ Giacomo Bossa*
**GIACOMO BOSSA**
Florida Bar No. 97817
gbossa@b2b.legal
elopez@b2b.legal
service@b2b.legal

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served on all counsel of records via transmission of Notice of Electronic Filing generated by CM/EC and upon Defendants via US Mail at 20200 West Dixie Highway, Suite 902, Aventura, Fl 33180 and via email to Harley Boys Entertainment, LLC at ceo@harleyboysent.com and to Luis Alfredo Silverio a/k/a Luigui Bleand at luigui@bleandstyle.com.

By: */s/ Giacomo Bossa*
**GIACOMO BOSSA**